No. 95–6106. WARDEN ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6114. RICHARDS *v.* WOODS, DIRECTOR OF CLASSIFICATION, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–6177. MURTON, AKA CUDJOE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 95–6207. KNIGHT *v.* DEPARTMENT OF THE NAVY ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–6215. BABCOCK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–6216. BARNES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–6220. CLARK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6227. CARLOW *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–6238. LUCERO *v.* RILEY, SECRETARY OF EDUCATION, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–6246. DICKEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6248. HANKINS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6249. HOLMES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6250. GALAVIZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6251. HEAVILIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.